IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLEN W. DUCOTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-374-GMS |
| | ) |
| THOMAS CARROLL, Warden, | ) |
| and JOSEPH R. BIDEN III, | ) |
| Attorney General of the State of | ) |
| Delaware, | ) |
| | ) |
| Respondents. | ) |

## AEDPA ELECTION FORM

1. __☒__   I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.



FILED

JUL 21 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*[Signature]* Em. W. Duco C.  07-10-07
Petitioner

Case 1:07-cv-00374-GMS  Document 4  Filed 07/12/2007  Page 3 of 3

From:
I/M Glenn Ducote
SBI# 210611  Unit 17
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Postmark: WILMINGTON DE 197  11 JUL 2007 PM 1 T

To:
District Court Clerk
844 King Street
Lockbox 18
Wilmington, Dela
19801-3570

Inmate Legal Mail