D.I. #_____

## CIVIL ACTION
## NUMBER: 07-374 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To WARDEN TOM CARROLL
        DELAWARE CORRECTIONAL CENTER   07-374
Street, Apt. No.
or PO Box No. 1 PADDOCK RD.              GMS
City, State SMYRNA, DE 19977

7003 1680 0002 2585 9356

PS Form 3800, June 2002    See Reverse for Instructions