D.I. # _____

# CIVIL ACTION
# NUMBER: 07-374 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

