To: District Court Clerk
From: Glen W Ducote #00210611
Delaware Correctional Center
1181 Paddock Road
Smyrna Dela 19977

**FILED**
SEP 27 2007
BV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Response Too States Request

Petitioner Glen W Ducote #00210611 is an inmate housed at the Dela. Correctional Center In Smyrna Dela. who Brought Federal Habeas Relief to the Honorble Court at which time the Honorable Court Directed the State of Delaware and the Warden at the Prison to Produce Documents this Order was Dated July 26, 2007 and Post Marked July 27, 2007 The Honorable Court Directed the State to Produce with-in 45 Days that Time Bar Went of Ran up on Sep 9, 2007 the State Filed a Motion on Sep 12, 2007 (3) Days After the (45) Day Time Limit the Petitioner Has Noticed that the States Attorney General Has Committed Purjury Mr Kevin Carroll Has Stated that He Mr. Carroll Electronically, and By State Mail Filed Said Request on Sep 12, 2007 But Refuring to Post Mark and Certifie mail

This Document was not Filed till Sep 21, 2007 (Post Marked) And Received Sep 24, 2007 V.I.A Certified Mail. This would Mean that in All Reality the State is (15) days past the (45) Day Time Limit this is Just Another Attemp for the State to pro Long this Petition. The Petitioner Request that the Honorble Court Denie the States Request for Extension of Time. the Petitioner Offers the Following.

1.) Their is no Record of The Jury Names
2.) Their is no Record of The Jury Selection
3.) Their is no Record of The Devire
4.) Their is no Record of Side Bar's
5.) The State has exceeded its Time Frame, if Petitioner would of Exceeded the time frame Petitioner Motion would Be Dismissed.
6.) Their is no Basis for this Request Every-thing the District Court has Ask the Superior Court, Attorney General, Warden to produce is not Available Besides the Basic Motions I.E. Rule 26(c) Direct Appeal, Evidentiary Hearing. Rule 61 Hab. Federal.
7.) Petitioner is Serving Natural Life Under 4214-A for (2) Non Violate Felons (2) Violate Felons

Petitioner Respectfully Request that this Honorable Court Denie the States Request And Rule in Favor of the Petitioner And Remand Petitioner Case Back To Superior Court for A New Trial And or Release Petitioner

Glen W Ducote
#00210611
1181 Paddock Road.
Smyrna Del 19977

IM Glen W Ducate
SBI# 210601 UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Atties & Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington DELA.
19801 - 3570

