## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLEN W. DUCOTE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-374-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents.[1] | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE
### CERTIFIED STATE COURT RECORDS

1.      The petitioner, Glen Ducote, has applied for federal habeas relief, alleging two points of error in his State court proceedings.  D.I. 1. The undersigned filed an answer to the petition on November 16, 2007.  D.I. 14.

2.      By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3.      The Deputy Attorney General responsible for retrieving certified state court records has been sick and, consequently, out of the office for much of November.  Given his absence and the upcoming holiday schedule, the undersigned anticipates that the necessary records should be available on or before December 21, 2007.

---

[1] *See* Fed.R.Civ.P. 25(d)(1).  Attorney General Joseph R. Biden, III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case. Elizabeth Burris was named Acting Warden, effective September 1, 2007.

4.      Respondents submit that an extension of time to December 21, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: November 16, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who

is incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents



Date: November 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, I electronically filed the attached documents

with the Clerk of Court using CM/ECF. I also hereby certify that on November 16, 2007, I have

mailed by United States Postal Service, the same documents to the following non-registered

participant:

        Glen Ducote
        No. 210611
        1181 Paddock Road
        Delaware Correctional Center
        Smyrna, DE 19977

                                /s/Kevin M. Carroll
                                Deputy Attorney General
                                Department of Justice
                                820 N. French Street
                                Wilmington, DE 19801
                                (302) 577-8500
                                Del. Bar. ID No. 4836
                                Kevin.Carroll@state.de.us

Date:  November 16, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GLEN W. DUCOTE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-374-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This _____day of _____, 2007,

WHEREAS, respondents having requested an extension of to file certified state court

records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and

good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

December 21, 2007.

_____
United States District Judge