To: Clerk of Federal Court - District of Delaware

FROM: Glen DuCote - Petitioner

DATE: 12-9-07

Subj: DUCOTE v BURRIS, Civ A. No. 07-374-GMS

Please docket and cause entry of enclosed:
"Plaintiff's Motion for Extention of Time to file Traverse
and Reply Memorandum to Respondants Answer to Petition"

Thank you,

/s/ Glen DuCote

Glen DuCote

FILED

DEC 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO Scanned