Original

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GLEN W. DUCOTE, )
　　　Petitioner )
v. ) Civ. Act. No. 07-374-GMS
ELIZABETH BURRIS, Acting )
Warden and JOSEPH R. BIDEN )
III, Attorney General for the )
State of Delaware. )
　　　Respondants. )

FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO
FILE HIS TRAVERSE AND REPLY MEMORANDUM
TO RESPONDANTS ANSWER TO PETITION

Plaintiff moves for an order under Rule 6 of F.R.C.P. to extend the time to file a Traverse and Reply Memorandum disputing contentions made in Respondants Answer to Petition. Plaintiff offers the following:

1. Petitioner, Glen Ducote has applied for federal habeas relief under § 2254. Respondants filed their Answer, (DI 14) to Petition on November 16, 2007. Plaintiff recieved his copy on November 20, 2007.

Ducote v Burris, C.A. 07-374-GMS

2. Under § 2254 Petitioner may file a Traverse and Reply Memorandum to Respondants Answer.

3. Petitioner disagree's that the grounds are procedurally defaulted according to federal habeas law and procedure.

4. Petitioner also disagrees with the State Courts factual and legal determinations as adopted by the Respondants answer.

5. Petitioner believes that a Traverse and Reply Memorandum would serve to benefit the economy of this Court at this stage of proceedings by giving Petitioner opportunity to unite Points raised in Petition to applicable legal principles and procedure and clarify relevant facts from the record to assist this Court in its endeavor to focus on the real issues at controversy.

6. Because of the Holiday Season and Law Library "cycle" in ordering - returning cases "5 per 5 basis" Petitioner anticipates having to cover §2254 procedural AUTHORITIES; Ineffective Assistance of Counsel constitutory "cause" in §2254 and State Rule 61 procedure; Cause and Prejudice stds; Miscarriage of Justice gateways based on court procedure and actual innocence of the degree of charged offense; and other legal aspects material to these issues Respondants raised in Answer.

2 of 4

Ducote v Burris, C.A. 07-374-GMS.

7. External factors also include: Petitioner was just transferred to MHU section of DCC prison and his property including legal materials has "been misplaced" or "lost" by prison property officers; Petitioner is currently without his prior research materials and now must begin a new study from ground zero; Respondants have cited approx. 40 cases in their Answer; the MHU law library "cycle" is normally 5-10 days excluding Holidays for each 5 case batch. In addition, Petitioner anticipates extra time to make notations and compare Sheppardized cases to these citations; The 40 cases alone will probably take 80 to 100 days to process and to Sheppardize these cites (the key watershed cases) will be at least that same period, another 80-100 days. Petitioner anticipates at least 180 days to formulate his Reply Memorandum to the point it would be "useful" in pointing up the procedural default exceptions contained in his case.

8. Given the fact that Respondants must still produce court records and Respondants regularly request at least 6 months in these habeas cases for extentions of time, Petitioner believes that an extention of time to May 20, 2008 is reasonable and Respondants will not be prejudiced.

3 of 4

DuCote v Burris, C.A. 374-GMS

WHEREFORE, Plaintiff respectfully requests this Court Grant his request for an extention of time to May 20, 2008.

Dated: 12/9/07

Glen W. DuCote #210611
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Rule 7.1.1. Certification

I certify that when attempting to use a telephone that can call 577-8500 to Kevin Carrolls Office, DCC Administrators promptly denied access so I could not obtain consent from Respondants

Glen W. DuCote

4 of 4

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GLEN W. DUCOTE, )
   Petitioner, )
v. ) Civ. Act. No. 07-374-GMS
ELIZABETH BURRIS, Acting )
Warden and JOSEPH R. BIDEN )
III, Attorney General for the )
State of Delaware, )
   Respondants. )

## ORDER

This _____ day of _____ 200__,

WHEREAS, Petitioner Glen W. DuCote having requested an extention of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extention is timely made and in good cause has been shown for the extention.

IT IS HEREBY ORDERED that Petitioner's Traverse and Reply Memorandum are to be filed on or before May 20, 2008.

                                        United States District Judge

(Order)

# Certificate of Service

I, _Glen DuCote_, hereby certify that I have served a true and correct cop(ies) of the attached: _Plaintiff's Motion for Extention of Time To file his Traverse and Reply Memorandum_ upon the following parties/person (s):

TO: Kevin M. Carroll, Esquire
Deputy Attorney General
Dept. of Justice
820 N. French St.
Wilmington, DE 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _9th_ day of _December_, 2007

_Glen DuCote_

(Cert. of Service)



LEGAL MAIL

CLERK
DELAWARE DISTRICT COURT-
FEDERAL COURTHOUSE
844 King St. Lockbox #19
Wilmington, DE 19801

I/M Glen DuCote
SBI# 216611  UNIT 22-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC 14  PM 3:49