IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GLEN W. DUCOTE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-374-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Ducote v. State*, No. 118, 2004 have been filed and are available in paper form only.

    a. Appellant's Opening Brief and Appendix

    b. Appellee's Answering Brief and Appendix

    c. Appellant's Reply Brief and Appendix

    d. Order (May 18, 2005)

2. Notice is also given that certified copies of the following Delaware Supreme Court documents in *Ducote v. State*, No. 41, 2007 have been filed and are available in paper form only.

    a. Appellant's Opening Brief

    b. State's Motion to Affirm

    c. Order (May 4, 2007)

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 19, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 19, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

> Glen W. Ducote
> No. 210611
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/Kevin M. Carroll
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 4836
> Kevin.Carroll@state.de.us

Date:  December 19, 2007