IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GLEN W. DUCOTE,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**ELIZABETH BURRIS**, Acting Warden )<br>and **JOSEPH R. BIDEN III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 07-374-GMS |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in *State v. Ducote*, ID. No. 0305001806 have been filed and are available in paper form only.

    a. Docket Sheet

    b. Indictment

    c. Motion for Postconviction Relief

    d. Affidavit of Trial Counsel in Response

    e. Order Denying Motion for Postconviction Relief

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Glen W. Ducote
>No. 210611
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  December 21, 2007