IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLEN W. DUCOTE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-374-GMS |
| | ) |
| PERRY PHELPS, Warden, and | ) |
| ATTORNEY GENERAL OF | ) |
| THE STATE OF DELAWARE, | ) |
| | ) |
| Respondents.[1] | ) |

**ORDER**

At Wilmington this 28th day of January, 2008;

IT IS ORDERED that:

Petitioner Glen W. Ducote's motion for an extension of time to file a reply to the State's answer is GRANTED. (D.I. 17) Ducote shall file his reply no later than May 20, 2008.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

JAN 28 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] Warden Perry Phelps assumed office in January, 2008, replacing former warden Thomas Carroll, an original party to this case. *See* Fed. R. Civ. P. 25(d)(1).