DATE: April 24, 2008

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801 - 3570

FROM: GLEN DUCOTE
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



RE: DuCote v Phelps, Habeas Corpus Civ Action # 07-374

Dear Clerk,

1) Please docket and file the enclosed Motion to Amend to Add Grounds 8, 9 and 10.

2) ~~This~~ This Amendment Supercedes the prior Amendment for Grounds 8 and 9.

3) This Motion is also "signed" by Petitioner DuCote.

4) Please supply me with a Court docket sheet reflecting that this Court has ~~issued~~ indeed docketed the Amendment Motion. (Petitioner has proceeding In Forma Pauperis as such all filing fees and Court docket request fees are waived)

Thank you,

_Glen Ducote_
Glen Ducote

INM[ATE]
Glen L. Ducote

SBI# 310611    UNIT 22.

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197
PM 21
USA-41

United States District Court

District of Delaware.

844 N. King Street

Lockbox 18    Wilmington, Delaware.

19801